Wells Fargo Dealer Services



Bankruptcy Department
P.O. Box 19657
Winterville, NC 28590
888-875-9372
Fax: 252-439-6652

August 7, 2020

Name: Eastern District of Pennsylvania (Philadelphia)
Address: 900 Market Street Suite 400
City, ST ZIP: Philadelphia, PA 19107

Debtor(s): GREGG HOLDEN
Case #: 20-13137

Dear U. S. Bankruptcy Court:

Please accept this letter as confirmation that we have withdrawn our Proof of Claim # 4.

We strive to provide you with the highest quality customer service possible. If you have any questions, please call me at 888-875-9372 extension 5051, Monday through Friday, 8 AM to 5 PM, PT.

Sincerely,

/s/ Latrail Archie
Wells Fargo Dealer Services, Inc.

OF/LTR-270 (03/20/10)