**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Gregg & Lauren Holden      :      No. 20-13137
                                        :
            Debtor            :      Chapter 13

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST**
**PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8)**
**and (a)(9)**

I, Jeanne Marie Cella, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for October 14, 2020 in the above referenced case:

1.       The above-named debtor is current with all post-petition obligations.

2.       The above-named debtor has paid all post-petition amounts that are

required to be paid under any and all Domestic Support Obligations.

3.       The above-named debtor has filed all applicable Federal, State, and local

tax returns, as required by 11 U.S.C. Section 1308.

4.       If the confirmation hearing date stated above is adjourned for any reason,

and the information herein changes, an updated Certification will be provided to the

Standing Trustee prior to any subsequent Confirmation hearing date.

5.       If this Certification is being signed by counsel of debtor(s), counsel

certifies that debtors were duly questioned about the statements in this Certification and

supplied answers consistent with this Certification.

Dated: <u>October 9, 2020</u>                     By:*/s/ Jeanne Marie Cella*
                                                 Jeanne Marie Cella, Esquire
                                                 Counsel for Debtors