UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gregg M Holden<br>    Lauren M Holden<br><br>             Debtors | Chapter 13<br>Bankruptcy No.20-13137-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 10th day of November, 2020, by first class mail upon those listed below:

Gregg M Holden
Lauren M Holden
252 E Springfield Rd
Springfield, PA  19064

**Electronically via CM/ECF System Only:**

JEANNE MARIE CELLA ESQ
215 N OLIVE ST
SUITE 101
MEDIA, PA  19063

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee