### UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** Nicholas Lanciano | : |
| | :     **Bankruptcy No:** 20-14308 |
| | :     **Chapter 13** |
| **Debtor** | : |

### NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtors, has filed an Application seeking compensation of $**5**,000.00 for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from February 19, 2021, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy on request.

Respectfully submitted,

/s/ *Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated: February 19, 2021