## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Gregg & Lauren Holden**        :
                                         :    Bankruptcy No:  20-13137
                                         :    Chapter 13
**Debtors**                              :

## ORDER ALLOWING COMPENSATION

AND NOW, this _____ day of _____, 20__, Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtors, are awarded $5,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $2,500.00 to the said counsel from the plan payments which he has received on the Debtors' account.

**Date: February 25, 2021**

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE