United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-13137-amc
Gregg M Holden                                                                  Chapter 13
Lauren M Holden
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 24, 2021      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg M Holden, Lauren M Holden, 252 E Springfield Rd, Springfield, PA 19064-3222 |
| 14527011 | + | ALLY, P.O. BOX 9014, COPPELL, TX 75019-9014 |
| 14523185 | + | AOC GS-Ocean Club Vacations, LLC, 2600 North Ocean Boulevard, Myrtle Beach, SC 29577-3239 |
| 14523186 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14527660 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14523188 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14523190 | + | Csc Logic/Ally Bank, 2000 Town Ctr Ste 2200, Southfield, MI 48075-1157 |
| 14523191 | + | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 14532109 | + | Enerbank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14533420 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14523193 | + | Midland Credit Management, po box 301030, Los Angeles, CA 90030-1030 |
| 14525757 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14547255 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14525610 | + | Quicken Loans, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14523196 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 14523198 | + | Telecom Self-reported (Comcast), Po Box 4500, Allen, TX 75013-1311 |
| 14523199 | + | Telecom Self-reported Sprint, Po Box 4500, Allen, TX 75013-1311 |
| 14523200 | + | Utility Self-reported (PECO), Po Box 4500, Allen, TX 75013-1311 |
| 14526241 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14523201 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14531787 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14523202 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14523188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2021 02:25:12 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14523189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2021 02:57:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14523187 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 25 2021 02:18:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14525135 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2021 02:18:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14546055 | + | Email/Text: Documentfiling@lciinc.com | Feb 25 2021 02:57:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 14523192 | + | Email/Text: Documentfiling@lciinc.com | Feb 25 2021 02:57:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14541105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 155 | Total Noticed: 31 |

|  |  |  | Feb 25 2021 02:24:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|---|
| 14523194 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 02:21:52 | PayPal Credit - Syncrony, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 14523195 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 25 2021 02:58:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14523197 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 02:21:53 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14526460 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Debtor Gregg M Holden paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Lauren M Holden paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Creditor Wells fargo auto paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gregg M Holden and Lauren M Holden

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13137−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 24, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

35 − 11
Form 155