# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-13137** |
| **Gregg M Holden** | **Chapter 13** |
| **Lauren M Holden** | **Judge Ashely M. Chan** |
| | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **Date and Time of Hearing** |
| | **June 23, 2021 at 11:00 a.m.** |
| **Movant,** | |
| vs | |
| | |
| **Gregg M Holden** | |
| **Lauren M Holden** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before June 12, 2021, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

21-008881_EJS1

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on June 23, 2021 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #4, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  May 28, 2021

21-008881_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.:** 20-13137 |
| **Gregg M Holden** : | **Chapter 13** |
| **Lauren M Holden** : | **Judge Ashely M. Chan** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **June 23, 2021 at 11:00 a.m.** |
| **Movant,** : | |
| vs : | |
| : | |
| **Gregg M Holden** : | |
| **Lauren M Holden** : | |
| : | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Jeanne Marie Cella, Attorney for Gregg M Holden and Lauren M Holden, Jeanne Marie Cella and Associates, LLC, 215 N Olive St, Ste 101, Media, PA 19063, paralegal@lawjmc.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 28, 2021:

Gregg M Holden and Lauren M Holden, 252 E Springfield Rd, Springfield, PA 19064

DATE: May 28, 2021

/s/ Sarah E. Barngrover

Sarah E. Barngrover, Esquire (323972)

21-008881_EJS1

                                                Adam B. Hall (323867)  
                                                Manley Deas Kochalski LLC  
                                                P.O. Box 165028  
                                                Columbus, OH  43216-5028  
                                                Telephone: 614-220-5611  
                                                Fax: 614-627-8181  
                                                Attorneys for Creditor  
                                                The case attorney for this file is Sarah E. Barngrover.  
                                                Contact email is sebarngrover@manleydeas.com

21-008881_EJS1