## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-13137** |
| **Gregg M Holden** | : | **Chapter 13** |
| **Lauren M Holden** | : | **Judge Ashely M. Chan** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| Movant, | : | **June 23, 2021 at 11:00 a.m.** |
| | : | |
| **vs** | : | |
| | : | |
| **Gregg M Holden** | : | |
| **Lauren M Holden** | : | |
| | : | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2011 CADILLAC SRX WITH THE VEHICLE IDENTIFICATION NUMBER 3GYFNDEY9BS547081 (DOCUMENT NO. 40)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on May 28, 2021 at Document No. 40 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 12, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Sarah E. Barngrover
_____
Sarah E. Barngrover, Esquire (323972)

21-008881_BEW1

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

21-008881_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-13137** |
| **Gregg M Holden** : | **Chapter 13** |
| **Lauren M Holden** : | **Judge Ashely M. Chan** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | **June 23, 2021 at 11:00 a.m.** |
| **vs** : | |
| : | |
| **Gregg M Holden** : | |
| **Lauren M Holden** : | |
| : | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay to Permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to Repossess the 2011 Cadillac SRX with the Vehicle Identification Number 3GYFNDEY9BS547081 (Document No. 40) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Jeanne Marie Cella, Attorney for Gregg M Holden and Lauren M Holden, Jeanne Marie Cella and Associates, LLC, 215 N Olive St, Ste 101, Media, PA 19063, paralegal@lawjmc.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on _____June 14_____, 2021:

21-008881_BEW1

Gregg M Holden and Lauren M Holden, 252 E Springfield Rd, Springfield, PA  19064

DATE: June 14, 2021

/s/ Sarah E. Barngrover

Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

21-008881_BEW1