| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-13137-AMC

| | |
|---|---|
| Gregg M Holden | Petition Filed Date: 07/28/2020 |
| Lauren M Holden | 341 Hearing Date: 09/11/2020 |
| 252 E Springfield Rd | Confirmation Date: 02/24/2021 |
| Springfield  PA    19064 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2020 | $571.29 | | 08/31/2020 | $571.29 | | 09/15/2020 | $571.29 | |
| 09/28/2020 | $571.29 | | 10/13/2020 | $571.29 | | 10/26/2020 | $450.00 | |
| 11/06/2020 | $405.00 | | 11/30/2020 | $638.00 | | 12/07/2020 | $638.00 | |
| 12/21/2020 | $638.00 | | 01/06/2021 | $638.00 | | 01/19/2021 | $638.00 | |
| 01/29/2021 | $638.00 | | 02/16/2021 | $638.00 | | 03/03/2021 | $638.00 | |
| 03/26/2021 | $1,284.00 | | 04/14/2021 | $1,284.00 | | 05/26/2021 | $30,000.00 | 6808601909 |

**Total Receipts for the Period: $41,383.45   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $41,383.45**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $33,393.47 | $1,594.34 | $31,799.13 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $5,865.33 | $280.04 | $5,585.29 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $14,320.63 | $683.73 | $13,636.90 |
| 4 | WELLS FARGO DEALER SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO DEALER SERVICES<br>»» 005 | Secured Creditors | $403.32 | $403.32 | $0.00 |
| 6 | ALLY<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $32,976.82 | $1,574.45 | $31,402.37 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $11,292.56 | $539.16 | $10,753.40 |
| 9 | ENERBANK USA<br>»» 009 | Unsecured Creditors | $3,865.75 | $184.57 | $3,681.18 |
| 10 | CHASE BANK USA NA<br>»» 010 | Unsecured Creditors | $4,447.76 | $212.36 | $4,235.40 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $11,265.32 | $537.85 | $10,727.47 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $4,695.25 | $224.17 | $4,471.08 |
| 13 | LENDING CLUB CORPORATION<br>»» 013 | Unsecured Creditors | $33,800.21 | $1,613.76 | $32,186.45 |
| 14 | QUICKEN LOANS INC<br>»» 014 | Mortgage Arrears | $170.31 | $170.31 | $0.00 |

**Chapter 13 Case No. 20-13137-AMC**

| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
|---|---|---|---|---|---|

---

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,383.45 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $10,518.06 | Arrearages: | $130,218.75 |
| Paid to Trustee: | $3,865.39 | Total Plan Base: | $171,602.20 |
| Funds on Hand: | $27,000.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.