## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-13137** |
| **Gregg M Holden** | : | **Chapter 13** |
| **Lauren M Holden** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| Movant, | : | **June 23, 2021 at 11:00 a.m.** |
| | : | |
| vs | : | |
| | : | |
| **Gregg M Holden** | : | |
| **Lauren M Holden** | : | |
| | : | |
| **Scott F. Waterman** | | |
| Respondents. | | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER  40  ) REGARDING 2011 CADILLAC SRX WITH VIN# 3GYFNDEY9BS547081

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") (Docket __40__).

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

21-008881_BEW1

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: _____

**Date: June 23, 2021**

_____
Judge Ashely M. Chan
United States Bankruptcy Judge

21-008881_BEW1