UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Gregg & Lauren Holden         :  Bankruptcy No. 20-13137

       Debtor                                      :  Chapter 13

## ORDER

AND NOW, this _____ day of _____ , 20__, upon consideration of Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 4th Amended Chapter 13 Plan shall be confirmed.

BY THE COURT:

**Date: July 21, 2021**

_____
Honorable Ashely M Chan
United States Bankruptcy Court