United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13137-amc |
| Gregg M Holden | Chapter 13 |
| Lauren M Holden | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg M Holden, Lauren M Holden, 252 E Springfield Rd, Springfield, PA 19064-3222 |
| cr | + | Quicken Loans, LLC, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Wells fargo auto, po box 130000, Raleigh, nc 27605-1000 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Creditor Wells fargo auto paralegal@lawjmc.com penduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Debtor Gregg M Holden paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Lauren M Holden paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Jul 21, 2021    Form ID: pdf900    Total Noticed: 3

SCOTT F. WATERMAN (Chapter 13)
                      ECFMail@ReadingCh13.com

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Gregg & Lauren Holden         :    Bankruptcy No. 20-13137

        Debtor         :    Chapter 13

### ORDER

AND NOW, this _____ day of _____, 20__, upon consideration of Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 4th Amended Chapter 13 Plan shall be confirmed.

BY THE COURT:

**Date: July 21, 2021**

_____
Honorable Ashely M Chan
United States Bankruptcy Court