UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Gregg & Lauren Holden : Bankruptcy No. 20-13137

Debtor : Chapter 13

## ORDER

AND NOW, this _____ day of _____, 20__, upon consideration of Debtors' Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtors' Modified 7th Amended Chapter 13 Plan shall be confirmed.

BY THE COURT:

_____

**Date: July 21, 2022**   Honorable Ashely M Chan
United States Bankruptcy Court