# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gregg M. Holden<br>        Lauren M. Holden<br>                    Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns<br>                    Movant<br>        vs. | NO. 20-13137 AMC |
| Gregg M. Holden<br>Lauren M. Holden<br>                    Debtor(s)<br><br>Scott F. Waterman<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **June 6, 2022** under **document no. 56.**

                                        Respectfully submitted,


                                        /s/ Rebecca A. Solarz, Esq.
                                        _____
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: 8/2/2022