| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13137-AMC

Gregg M Holden  
Lauren M Holden  
252 E Springfield Rd  
Springfield  PA    19064

Petition Filed Date: 07/28/2020  
341 Hearing Date: 09/11/2020  
Confirmation Date: 02/24/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $1,284.00 | | 05/26/2021 | $30,000.00 | 6808601909 | 06/29/2021 | $1,284.00 | |
| 07/09/2021 | $1,284.00 | | 08/13/2021 | $1,284.00 | | 09/13/2021 | $1,284.00 | |
| 10/08/2021 | $1,284.00 | | 11/22/2021 | $1,284.00 | | 12/23/2021 | $600.00 | |
| 01/03/2022 | $685.00 | | 01/28/2022 | $1,284.00 | | 02/28/2022 | $1,284.00 | |
| 04/08/2022 | $1,284.00 | | 05/09/2022 | $1,284.00 | | 06/08/2022 | $1,284.00 | |
| 07/01/2022 | $1,238.00 | | 08/01/2022 | $1,238.00 | | | | |

**Total Receipts for the Period: $49,169.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $59,268.45**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $33,393.47 | $10,072.09 | $23,321.38 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  002 | Unsecured Creditors | $5,865.33 | $1,769.10 | $4,096.23 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»»  003 | Unsecured Creditors | $14,320.63 | $4,319.37 | $10,001.26 |
| 4 | WELLS FARGO DEALER SERVICES<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO DEALER SERVICES<br>»»  005 | Secured Creditors | $403.32 | $403.32 | $0.00 |
| 6 | ALLY<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA<br>»»  007 | Unsecured Creditors | $32,976.82 | $9,946.42 | $23,030.40 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»»  008 | Unsecured Creditors | $11,292.56 | $3,406.04 | $7,886.52 |
| 9 | ENERBANK USA<br>»»  009 | Unsecured Creditors | $3,865.75 | $1,165.98 | $2,699.77 |
| 10 | CHASE BANK USA NA<br>»»  010 | Unsecured Creditors | $4,447.76 | $1,341.52 | $3,106.24 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $11,265.32 | $3,397.83 | $7,867.49 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $4,695.25 | $1,416.17 | $3,279.08 |
| 13 | LENDING CLUB CORPORATION<br>»»  013 | Unsecured Creditors | $33,800.21 | $10,194.78 | $23,605.43 |
| 14 | QUICKEN LOANS INC<br>»»  014 | Mortgage Arrears | $170.31 | $170.31 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 15 | WELLS FARGO DEALER SERVICES<br>»»  05U | Unsecured Creditors | $3,277.39 | $307.43 | $2,969.96 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,268.45 | Current Monthly Payment: | $1,238.00 |
| Paid to Claims: | $50,410.36 | Arrearages: | ($2,476.00) |
| Paid to Trustee: | $5,398.89 | Total Plan Base: | $181,010.98 |
| Funds on Hand: | $3,459.20 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/
   for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.