## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gregg M. Holden<br>          Lauren M. Holden<br><div align=center>Debtor(s)</div> | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br><div align=center>Movant</div><br>          vs. | NO. 20-13137 AMC |
| Gregg M. Holden<br>Lauren M. Holden<br><div align=center>Debtor(s)</div> | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br><div align=center>Trustee</div> | |

## **ORDER**

AND NOW, this 3rd day of May , 2023 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _January 11, 2023_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
                    United States Bankruptcy Judge.