| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-13137-AMC

Gregg M Holden  
Lauren M Holden  
252 E Springfield Rd  
Springfield  PA   19064

Petition Filed Date: 07/28/2020  
341 Hearing Date: 09/11/2020  
Confirmation Date: 02/24/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,238.00 | | 08/16/2022 | $1,238.00 | | 09/13/2022 | $1,238.00 | |
| 10/24/2022 | $1,238.00 | | 11/21/2022 | $1,238.00 | | 12/27/2022 | $1,238.00 | |
| 01/13/2023 | $1,238.00 | | 02/27/2023 | $1,238.00 | | 03/24/2023 | $1,238.00 | |
| 05/05/2023 | $1,238.00 | | 06/05/2023 | $1,238.00 | | 06/16/2023 | $1,238.00 | |
| 07/24/2023 | $1,238.00 | | | | | | | |

**Total Receipts for the Period: $16,094.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $74,124.45**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $33,393.47 | $13,397.48 | $19,995.99 |
| 2 | MIDLAND CREDIT MANAGEMENT INC »» 002 | Unsecured Creditors | $5,865.33 | $2,353.19 | $3,512.14 |
| 3 | MIDLAND CREDIT MANAGEMENT INC »» 003 | Unsecured Creditors | $14,320.63 | $5,745.44 | $8,575.19 |
| 4 | WELLS FARGO DEALER SERVICES »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO DEALER SERVICES »» 005 | Secured Creditors | $403.32 | $403.32 | $0.00 |
| 6 | ALLY »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $32,976.82 | $13,230.33 | $19,746.49 |
| 8 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $11,292.56 | $4,530.60 | $6,761.96 |
| 9 | ENERBANK USA »» 009 | Unsecured Creditors | $3,865.75 | $1,550.95 | $2,314.80 |
| 10 | CHASE BANK USA NA »» 010 | Unsecured Creditors | $4,447.76 | $1,784.44 | $2,663.32 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $11,265.32 | $4,519.64 | $6,745.68 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $4,695.25 | $1,883.74 | $2,811.51 |
| 13 | LENDING CLUB CORPORATION »» 013 | Unsecured Creditors | $33,800.21 | $13,560.66 | $20,239.55 |
| 14 | QUICKEN LOANS INC »» 014 | Mortgage Arrears | $170.31 | $170.31 | $0.00 |
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

| 15 | WELLS FARGO DEALER SERVICES »» 05U | Unsecured Creditors | $3,277.39 | $730.92 | $2,546.47 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $74,124.45 | Current Monthly Payment: | $1,238.00 |
| Paid to Claims: | $66,361.02 | Arrearages: | ($2,476.00) |
| Paid to Trustee: | $6,636.83 | Total Plan Base: | $179,772.98 |
| Funds on Hand: | $1,126.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.