United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13137-amc |
| Gregg M Holden | Chapter 13 |
| Lauren M Holden | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg M Holden, Lauren M Holden, 252 E Springfield Rd, Springfield, PA 19064-3222 |
| cr | + | Quicken Loans, LLC, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14523185 | + | AOC GS-Ocean Club Vacations, LLC, 2600 North Ocean Boulevard, Myrtle Beach, SC 29577-3239 |
| 14523190 | + | Csc Logic/Ally Bank, 2000 Town Ctr Ste 2200, Southfield, MI 48075-1157 |
| 14525610 | + | Quicken Loans, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14523198 | + | Telecom Self-reported (Comcast), Po Box 4500, Allen, TX 75013-1311 |
| 14523199 | + | Telecom Self-reported Sprint, Po Box 4500, Allen, TX 75013-1311 |
| 14523200 | + | Utility Self-reported (PECO), Po Box 4500, Allen, TX 75013-1311 |
| 14611303 | | Wells Fargo Bank, N.A., c/o Sarah E. Barngrover, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:10:46 | Wells fargo auto, po box 130000, Raleigh, nc 27605-1000 |
| 14523186 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2024 00:01:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14527660 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 24 2024 00:02:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14523188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:24:52 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14523189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14523191 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | May 24 2024 00:02:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 14532109 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | May 24 2024 00:02:00 | Enerbank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14523187 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:39:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14533420 | + | Email/Text: RASEBN@raslg.com | May 24 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14525135 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:12:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14546055 | + | Email/Text: Documentfiling@lciinc.com | May 24 2024 00:02:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14523192 | + | Email/Text: Documentfiling@lciinc.com | May 24 2024 00:02:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14523193 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Credit Management, po box 301030, Los Angeles, CA 90030-1030 |
| 14525757 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14541105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:11:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14523194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:21 | PayPal Credit - Syncrony, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 14523195 | + | Email/Text: bankruptcyteam@quickenloans.com | May 24 2024 00:03:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14547255 | + | Email/Text: bankruptcyteam@quickenloans.com | May 24 2024 00:03:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14523196 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 24 2024 00:10:39 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 14523197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 01:12:01 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14526241 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 01:12:01 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14523201 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:12:11 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14531787 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:11:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14523202 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 01:12:03 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14526460 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14527011 | ##+ | ALLY, P.O. BOX 9014, COPPELL, TX 75019-9014 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Gregg M Holden paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Lauren M Holden paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Creditor Wells fargo auto paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Gregg M Holden<br>　　　Lauren M Holden<br><br>　　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 20-13137-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: May 23, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE